# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JOHN DOE,

    Plaintiff,

v.

THE OHIO STATE UNIVERSITY, *et al.*,

    Defendants.

Case No. 2:19-cv-1054
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Chelsey M. Vascura

## ORDER

On March 25, 2019, this matter came before the Court for a hearing on Plaintiff's Application for a Temporary Restraining Order. (ECF No. 2). Both sides presented a single witness. For the reasons stated in open court, that application is **DENIED**.

**IT IS SO ORDERED.**

3-26-2019
DATE

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**