# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOHN DOE,**

    **Plaintiff,**

                                      Civil Action 2:19-cv-1054
                                      Chief Judge Edmund A. Sargus, Jr.
    v.                                Magistrate Judge Chelsey M. Vascura

**THE OHIO STATE UNIVERSITY,** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court for consideration of Plaintiff John Doe's Unopposed Motion to Unseal Transcript. (ECF No. 25.) For good cause shown, Plaintiff's Motion is **GRANTED**. (ECF No. 25.) The Clerk is **DIRECTED** to unseal the Transcript of Temporary Restraining Order Proceedings held on March 25, 2019 (ECF No. 23).

    **IT IS SO ORDERED**.

                                                    /s/ *Chelsey M. Vascura*
                                                    CHELSEY M. VASCURA
                                                    UNITED STATES MAGISTRATE JUDGE